CHRIS K. RIDDER (SBN 218691)
Email: chris@rcjlawgroup.com
BENJAMIN A. COSTA (SBN 245953)
Email: ben@rcjlawgroup.com
**RIDDER, COSTA & JOHNSTONE LLP**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Benjamin E. Maskell (*pro hac vice to be filed*)
Ben@MaskellLaw.com
**MASKELL LAW PLLC**
888 N. Quincy St. Suite 701
Arlington, VA 22203
Phone: 703-568-4523

Attorneys for Plaintiff
ROOSTER GRIN MEDIA, LLC.

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOSTER GRIN MEDIA, LLC, a Texas limited liability company with a principal place of business in California,<br><br>　　Plaintiff<br><br>vs.<br><br>REFRESH MARKETING, LLC, a California limited liability company; JOHN BAXTER, an Individual; and DOES 1-10, inclusive,<br><br>　　Defendants. | Case No. 3:19-cv-00086<br><br>**ROOSTER GRIN MEDIA LLC'S**<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Plaintiff Rooster Grin Media LLC, by Counsel, hereby submits this Disclosure Statement, pursuant to Fed. R. Civ. Proc. 7.1, and discloses as follows: there is no parent company nor publicly held corporation owning more than 10% of the stock of Rooster Grin Media LLC.

By: _____
CHRIS K. RIDDER (SBN 218691)
Email: chris@rcjlawgroup.com
BENJAMIN A. COSTA (SBN 245953)
Email: ben@rcjlawgroup.com
**RIDDER, COSTA & JOHNSTONE LLP**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Benjamin E. Maskell***
Ben@MaskellLaw.com
**MASKELL LAW PLLC**
888 N. Quincy St. Suite 701
Arlington, VA 22203
Phone:  703-568-4523

Attorneys for Plaintiff
ROOSTER GRIN MEDIA, LLC

(***pro hac vice to be filed*)